UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| MID-SOUTH MECHANICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFEGUARD INDUSTRIES, LTD., <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 5:25-cv-00470-TES |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff MID-SOUTH MECHANICAL, INC., by and through its undersigned counsel of record, moved for an entry of a default judgment against Defendant SAFEGUARD INDUSTRIES, LTD. pursuant to Rule 55 of the Federal Rules of Civil Procedure. The Clerk entered default on December 3rd, 2025.

Having reviewed the motion, supporting documentation, and applicable law, the Court finds that Defendant has failed to plead or otherwise defend as required by Fed. R. Civ. P. 55. Accordingly, liability is established by virtue of Defendant's

default. The Court further finds that the amount sought is a sum certain and damages are established based on the evidence submitted. The Court finds good cause to grant the motion.

IT IS SO ORDERED:

1. Plaintiff's Motion for Default Judgment is GRANTED.

2. Judgment is entered in favor of Plaintiff MID-SOUTH MECHANICAL, INC. and against Defendant SAFEGUARD INDUSTRIES, LTD. in the amount of $425,483.10 principal, $2,100.00 in attorneys' fees pursuant to O.C.G.A. §13-6-11, for a total of $427,583.10.

3. Post-Judgment interest shall accrue at the rate provided by 28 U.S.C. §1961 from the date of entry of this judgment until paid.

4. The clerk is directed to enter judgment accordingly and close the case.

THIS  18  day of December, 2025.

                                                    s/Tilman E. Self, III
                                                    Tilman E. Self, III
                                                    United States District Judge