IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MID-SOUTH MECHANICAL INC, | * |
|         Plaintiff, | * |
| v. | Case No. 5:25-cv-00470-TES |
| | * |
| SAFEGUARD INDUSTRIES LTD, | |
| | * |
|         Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 18, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $427,583.10. The amount shall accrue interest from the date of entry of judgment at the rate of 3.58 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 18th day of December, 2025.

                                                                           David W. Bunt, Clerk

                                                                           s/ Erin Pettigrew, Deputy Clerk